Mark A. Fuller (AZ Bar No. 012149)
Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
Christopher W. Thompson (AZ Bar No. 026384)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone 602 530 8000
*Attorneys for Defendant Nationwide Marketing Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Experian Information Solutions, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Nationwide Marketing Services, Inc.,<br><br>Defendant. | Case No. 2:13-cv-00618-SPL<br><br>**REPLY IN SUPPORT OF DEFENDANT'S REQUEST TO RENEW MOTION TO EXCLUDE OR, ALTERNATIVELY, TO FILE AMENDED MOTION TO EXCLUDE** |

Natimark filed a simple one-paragraph request to re-urge a motion the Court previously denied without prejudice – a request filed at the very procedural stage the Court indicated the motion would be ripe. Anticipating an objection that the motion was not narrowly tailored to the summary judgment briefing, Natimark also indicated that it was prepared to submit a revised motion addressing the specific expert "evidence" that Experian has now sought to introduce. In response, Experian has filed a 1 1/2 page opposition which argues (a) that the earlier motion is overbroad ("scattershot") as it relates to the summary judgment briefing; and (b) that the previous motion should have been inserted into the summary judgment reply. We already addressed the first argument, and remain willing to file a pared-down motion now that the issues have been narrowed. As for the latter argument, we <u>did</u> in fact argue in our reply (on page 8) that the evidence in question is inadmissible, and cited the reasons why. (Doc. 263). Rather than taxing the Court's patience by rehashing what had already been filed in greater detail, we also referred back to the earlier motion. (*Id.* at 8, n. 7.) That was and is a perfectly reasonable and

1

efficient approach under the circumstances.

It is axiomatic that motions for summary judgment are decided solely on admissible evidence. Fed.R.Civ.P. 56(e); *Orr v. Bank of Am., NT & SA*, 285 F.3d 764, 773-74 (9th Cir. 2002). Thus, consistent with the Court's prior orders, this is an appropriate time to consider the admissibility of "facts" offered by Experian. We respectfully ask the Court to do so, either by considering the earlier motion denied without prejudice, or by granting leave to file a comparable motion narrowly directed to what appears in the summary judgment briefing.

RESPECTFULLY submitted this 9th day of February, 2016.

> GALLAGHER & KENNEDY, P.A.
>
> By: s/ Mark A. Fuller
> Mark A. Fuller
> Kenneth M. Motolenich-Salas
> Christopher W. Thompson
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the all CM/ECF registrants of record in this action.

> s/ Carolyn Sullivan

5233516v1/24860-0001